UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. S1-4:22CR00642 JAR |
| ) | |
| ERIC GATEN, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge John M. Bodenhausen (ECF No. 170). On June 14, 2024, Defendant Gaten filed a Motion to Suppress Statements and Evidence (ECF No. 135), and later on that same date he filed an Amended Motion to Dismiss Indictment/Counts (ECF No. 138). Magistrate Judge Bodenhausen recommends the Court deny Defendant's Motion to Suppress Statements and Evidence, and Defendant's Amended Motion to Dismiss Indictment/Counts.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge John M. Bodenhausen, who filed a Report and Recommendation on February 13, 2025 (ECF No. 170). Defendant Gaten filed objections to the Report and Recommendation on March 13, 2025 (ECF No. 175), summarily stating that he objects to the conclusions drawn by Magistrate Judge Bodenhausen, but fails to provide any countervailing rationale for his position. The Government thereafter filed a Response to the Objections on March 27, 2025 (ECF No. 183). The Court finds that the Magistrate Judge's conclusions are supported by the evidence, and Defendant Gaten's objections are not persuasive.

1

The Magistrate Judge recommends that the Defendant's Motion to Suppress Statements and Evidence, and Defendant's Amended Motion to Dismiss Indictment/Counts Motions to Dismiss Indictments/Counts both be denied.  After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [170] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motions to Suppress Statements and Evidence [135] is **DENIED**.

**IT IS FURTHER ORDERED** that the Amended Motion to Dismiss Indictment/Counts [138] is **DENIED**.

**IT IS FURTHER ORDERED** that this case remains scheduled for a Final Pretrial Conference on **Thursday, April 3, 2025 at 2:30 p.m.**, and Jury Trial on **Monday, April 7, 2025 at 9:00 a.m.**

Dated this 28th day of March, 2025.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE